```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
HELEN LAVELLE,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :        20-cv-8106 (VSB)
              -against-                                      :
                                                             :            ORDER
PRUDENTIAL INSURANCE COMPANY OF                              :
AMERICA,                                                     :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2021

VERNON S. BRODERICK, United States District Judge:

The parties in this case represent that they have an ongoing dispute as to whether discovery beyond the administrative record is appropriate in this case—Defendant believes that such extra-record is inappropriate, while Plaintiff believes it is warranted.  On January 29, 2021, I ordered Defendant to file an affidavit of service once it provided Plaintiff with the administrative record in this case.  (Doc. 17.)  I further ordered that, upon receipt of the administrative record, Plaintiff would have one week to review that administrative record and submit a filing representing whether she still believed that extra-record discovery was warranted.  (*Id.*)  Defendant filed an affidavit of service on March 1, 2021, indicating that it emailed Plaintiff the administrative record and a privilege log on February 26, 2021.  (Doc. 19.)  Plaintiff's filing is overdue, as it has been two weeks since Defendant served Plaintiff with the administrative record.  Accordingly, it is hereby:

ORDERED that Plaintiff shall submit a filing on or before March 19, 2021 indicating whether or not she still believes, after reviewing the administrative record, that extra-record discovery is appropriate in this case.  Plaintiff is warned that she may forfeit the opportunity to argue in favor of extra-record discovery if she fails to meet this new deadline.

SO ORDERED.

Dated:    March 12, 2021
             New York, New York

_____
Vernon S. Broderick
United States District Judge