```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HELEN LAVELLE,                                              :
                                                            :
                            Plaintiff,                      :
                                                            :          20-cv-8106 (VSB)
              -against-                                     :
                                                            :                ORDER
PRUDENTIAL INSURANCE COMPANY OF                             :
AMERICA,                                                    :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's letter filed on March 19, 2021, arguing that extra-record discovery is appropriate in this case. (Doc. 21.) Accordingly, it is hereby:

ORDERED that Defendant shall submit any response to Plaintiff's letter on or before April 2, 2021. Any filing should be no longer than seven pages.

SO ORDERED.

Dated:   March 22, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge